# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00733-CR

**Charles Motz, IV, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2019-924B, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On July 22, 2025, this Court abated this appeal and remanded the case to the trial court for a hearing to determine whether Charles Motz, IV, desired to prosecute his appeal. On August 18, 2025, while the case was abated, Motz filed a motion to dismiss that complied with the requirements of Rule of Appellate Procedure 44.2 because it was signed by both his attorney and him. *See* Tex. R. App. P. 44.2(a); *Joiner v. State*, No. 03-24-00451-CR, 2024 WL 4137335, at *1 (Tex. App.—Austin Sept. 11, 2024, no pet.) (mem. op., not designated for publication). Accordingly, we reinstate the case, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 44.2(a); *Garcia v. State*, No. 01-19-00082-CR, 2020 WL 1466985, at *1 (Tex. App.—Houston [1st Dist.] Mar. 26, 2020, no pet.) (mem. op., not designated for publication) (per curiam).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: August 22, 2025

Do Not Publish